**Electronically Filed
Intermediate Court of Appeals
30669
12-NOV-2010
02:12 PM**

NO. 30669

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

CLIFFORD VIERRA, Claimant-Appellant,

v.

HENKELS & MCCOY, INC., Employer-Appellee,

and

ZURICH NORTH AMERICA, adjusted by BRANVOLD KU, INC.,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-497 (2-07-05610)

ORDER APPROVING THE STIPULATION
FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Reifurth, J. for the court[1])

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice filed by Claimant-Appellant Clifford Vierra and Employer-Appellee Henkels & McCoy, Inc. and Insurance Carrier-Appellee Zurich North American, the papers in support,

---

[1] Considered by: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.

and the records and files herein, it appears that the parties have settled the underlying claim and are stipulating to dismiss the appeal filed by Claimant-Appellant Clifford Vierra. Therefore,

IT IS HEREBY ORDERED that the stipulation for dismissal of appeal is approved, and this appeal is dismissed with prejudice. The parties shall bear their own appellate fees and costs.

DATED: Honolulu, Hawai'i, November 12, 2010.

FOR THE COURT:

Lawrence M Reifurth

Associate Judge